**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TERRY LEE LACY, | ) No. CV-05-2944-PHX-SMM (VAM) |
| PETITIONER, | ) **MEMORANDUM OF DECISION AND ORDER** |
| v. | ) |
| DARLA ELLIOT, et al., | ) |
| RESPONDENTS. | ) |

Petitioner has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 [Doc. No. 1].  Petitioner has also filed a Motion for Extension of Time [Doc. No. 10] and a Motion for Injunction [Doc. No. 11].  On October 25, 2005, this matter was referred to Magistrate Judge Virginia A. Mathis   [Doc. No. 3].  On February 1, 2006, Magistrate Judge Mathis filed a Report and Recommendation, advising this Court that Petitioner's Motion for Extension of Time and Motion for Injunction should be denied.  On February 13, 2006, Petitioner filed a Reply to the Attorney Genera's [sic] Report and Recommendation [Doc. No. 14] which this Court construes as Objections to the Report and Recommendation.

**STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate."  28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991).  The Court must review the legal analysis in the Report and Recommendation *de novo*.  See 28 U.S.C. § 636(b)(1)(C).  The Court must review the factual analysis in the Report and Recommendation *de novo* for those facts to which

1   Objections are filed and for clear error for those facts to which no Objections are filed.  See id.;

2   see also Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998) (failure to file objections relieves

3   the district court of conducting *de novo* review of the magistrate's factual findings).

### DISCUSSION

5   Petitioner objects to Magistrate Judge Mathis's Report and Recommendation in which

6   Judge Mathis found that Petitioner was improperly attempting to assert claims that are not

7   cognizable in a federal habeas proceeding.  Judge Mathis found that in both his Motion for

8   Extension of Time and Motion for Injunction, Petitioner alleged that various prison officials

9   were obstructing his access to this Court by preventing him from making photocopies and

10  performing legal research.  Judge Mathis concluded that under 28 U.S.C. § 2254(a), Petitioner

11  may only raise claims that challenge the validity of his conviction and/or sentence.

12  In his Objections, Petitioner restates the same allegations regarding the conduct of the

13  prison officials, namely that Respondents are using improper tactics to delay or impede his

14  access to this Court in violation of his due process rights by preventing him from making copies

15  and performing research.  Judge Mathis, however, correctly found that under 28 U.S.C. §

16  2254(a), Petitioner may only raise claims that challenge the validity of his conviction and/or

17  sentence.  Accordingly, Petitioner's Motion for Extension of Time [Doc. No. 10] and a Motion

18  for Injunction [Doc. No. 11] are denied.

### CONCLUSION

20  After review of the legal conclusions of the Report and Recommendation of Magistrate

21  Judge Mathis, and the objections made by Petitioner thereto, the Court hereby incorporates and

22  adopts Magistrate Judge Mathis's Report and Recommendation.

23  Accordingly,

24  **IT IS ORDERED** that the Court adopts the Report and Recommendation of Magistrate

25  Judge Virginia A. Mathis [Doc. No. 13].

26  **IT IS FURTHER ORDERED** that Petitioner's Motion for Extension of Time [Doc. No.

27  10] and a Motion for Injunction [Doc. No. 11] are **DENIED**.

28

1      DATED this 29th day of March, 2006.

2

3

                              Stephen M. McNamee

4                        Chief United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28